McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
*chelsea.bravin@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
Attorneys for USAA GENERAL INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIETTE LARAE RODRIGUEZ, individually, and on behalf of ALYZAH RODRIGUEZ, a minor<br>,<br><br>Plaintiffs,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY; DOES I- X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02658-MMD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE TO PLAINTIFFS' COMPLAINT**<br><br>**(SECOND REQUEST)** |

DEFENDANT USAA GENERAL INDEMNITY COMPANY and PLAINTIFF JULIETTE LARAE RODRIGUEZ, individually, and on behalf of ALYZAH RODRIGUEZ, by and through

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

their respective counsel of record, hereby stipulate and agree that the deadline for Defendant to file its respective responsive pleading to Plaintiffs' Complaint be continued from August 28, 2026 to September 4, 2026. This request is made as the parties are currently discussing a proposal that would entail the case being voluntarily remanded back to state court and respectfully request one week of additional time so that these discussions and continue and develop.

DATED this 27th day of August 2026.

GINA CORENA & ASSOCIATES

By /s/ Trisha R. Delos Santos
Gina M. Corena
Nevada Bar No. 10330
Trisha R. Delos Santos
Nevada Bar No. 15902
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Attorneys for Plaintiffs

DATED this 27th day of August 2026.

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Chelsea M. Bravin
Nevada Bar No. 16503
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Attorneys for Defendant

**ORDER**

Based on the foregoing Stipulation of the parties:

IT IS HEREBY ORDERED that the deadline for Defendant to file it's responsive pleading to Plaintiffs' Complaint be continued from August 28, 2026 to September 4, 2026.

**IT IS SO ORDERED.**

Nancy J. Koppe Dated 08/28/2026
United States Magistrate Judge