McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
Chelsea M. Bravin
Nevada Bar No. 16503
*chelsea.bravin@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
Attorneys for USAA GENERAL INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JULIETTE LARAE RODRIGUEZ, individually, and on behalf of ALYZAH RODRIGUEZ, a minor
,

Plaintiffs,

v.

USAA GENERAL INDEMNITY COMPANY; DOES I- X, and ROE CORPORATIONS I - X, inclusive,

Defendants.

Case No. 2:26-cv-02658-MMD-NJK

**ORDER GRANTING STIPULATION TO REMAND TO EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY, NEVADA**

Plaintiffs, JULIETTE LARAE RODRIGUEZ, individually, and on behalf of ALYZAH RODRIGUEZ (“Plaintiffs”), and Defendant USAA GENERAL INDEMNITY COMPANY (“Defendant”) (collectively, the “Parties”), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On July 15, 2026, Plaintiff filed a Complaint in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-26-951433-C.

2. On August 21, 2026, Defendant removed the Action to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b).

/ / /

3. The parties have conferred and agreed to remand this action to the Eighth Judicial District Court, Clark County, Nevada, based upon Plaintiffs' representation and agreement that they will not seek nor recover damages in excess of $75,000.00 per Plaintiff in this action, inclusive of all categories of damages, including but not limited to, general damages, special damages, punitive damages, consequential damages, expectation damages, attorney's fees and costs, and interest.

4. Accordingly, the parties stipulate and respectfully request this matter be remanded to the Eighth Judicial District Court, Clark County, Nevada, and that all future dates and deadlines in this matter be vacated.

DATED this 21st day of September 2026.

GINA CORENA & ASSOCIATES

/s/ Trisha R. Delos Santos

Gina M. Corena
Nevada Bar No. 10330
Trisha R. Delos Santos
Nevada Bar No. 15902
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Attorneys for Plaintiffs

DATED this 21st day of September 2026.

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

/s/ Jonathan W. Carlson

Jonathan W. Carlson
Nevada Bar No. 10536
Chelsea M. Bravin
Nevada Bar No. 16503
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Attorneys for Defendant

**ORDER**

Based on the foregoing Stipulation of the parties:

IT IS HEREBY ORDERED that this case is remanded back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-26-951433-C, Department 7, for further proceedings.

**IT IS SO ORDERED.**

DATED this 22nd day of September, 2026.

Miranda M. Du, U.S. District Judge